1  ROBBINS GELLER
      RUDMAN & DOWD LLP
2  STEVEN W. PEPICH (116086)
   JAMES A. CAPUTO (120485)
3  LAWRENCE A. ABEL (129596)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   SteveP@rgrdlaw.com
6  JimC@rgrdlaw.com
   LarryA@rgrdlaw.com
7    – and –
   NANCY M. JUDA
8  1100 Connecticut Avenue, N.W., Suite 730
   Washington, DC  20036
9  Telephone:  202/822-6762
   202/828-8528 (fax)
10 NancyJ@rgrdlaw.com

11 Attorneys for Respondents

   [Additional counsel appear on signature page.]
12
                 UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                       OAKLAND DIVISION
15

16

17 | IN RE: | Lead Case No. M:06-cv-01781-SBA |
   |---|---|
18 | CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | **[E-Filing]** |
19 | | |
20 | | STIPULATION AND ORDER FOR TRANSFER OF PROCEEDINGS TO THE HONORABLE RICHARD SEEBORG |
21 | | |
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS          - 1 -

1

2       WHEREAS, the Honorable Richard Seeborg is presiding over matters relating to

3  "litigating plaintiffs" in *Veliz, et al. v. Cintas Corporation, et al.*, C-03-1180 (N.D. Cal.), with

4  the exception of the claims of certain plaintiffs concerning alleged violations of the Employee

5  Retirement Income Security Act ("ERISA"), 29 U.S.C. §§1001 *et seq*. (Dkt Nos.  726-727);

6       WHEREAS, the Honorable Saundra Brown Armstrong presently presides over those

7  plaintiffs who the Court has ruled have binding arbitration agreements with Cintas and whose

8  claims the Court has stayed pending arbitration ("arbitrating plaintiffs"), and claims involving

9  alleged violations of ERISA, in *Veliz et al v. Cintas Corporation et al,* Case No. C-03-1180

10 (N.D. Cal.);

11      WHEREAS, the Honorable Saundra Brown Armstrong presently presides over the 70

12 separate actions which were consolidated by the Judicial Panel on Multidistrict Litigation for

13 pretrial proceedings, in *In Re Cintas Corp. Overtime Pay Arbitration Litigation*, Case No. C-06-

14 1781 (N.D. Cal.) ("arbitration petitions");

15      WHEREAS, the parties are preparing to present to the Court for approval the complete

16 settlement of all aspects of this action and related proceedings; and

17      WHEREAS, the parties believe it will be most efficient for the Court and the parties to

18 proceed before a single judge with the approval and confirmation of the settlement of all matters;

19      NOW THEREFORE, the parties, through their respective counsel of record, agree and

20 stipulate to an Order of the Court that: All matters in the above-captioned proceedings currently

21 before the Honorable Saundra Brown Armstrong shall be transferred to the Honorable Richard

22 Seeborg.

23      IT IS SO STIPULATED.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 2 -

1   DATED: October 4, 2010

ROBBINS, GELLER
  RUDMAN & DOWD LLP
2   STEVEN W. PEPICH
    JAMES A. CAPUTO
3   LAWRENCE A. ABEL

4

5                                              /s/ James A. Caputo
                                               JAMES A. CAPUTO
6

7

8                                              ALTSHULER BERZON LLP
                                               MICHAEL RUBIN
9                                              EILEEN GOLDSMITH
                                               177 Post Street, Suite 300
10                                             San Francisco, CA  94108
                                               Telephone:  415/421-7151
11                                             415/362-8064 (fax)

12                                             TRABER & VOORHEES
                                               THERESA M. TRABER
13                                             128 No. Fair Oaks Avenue, Suite 204
                                               Pasadena, CA  91103
14                                             Telephone:  626/585-9611
                                               626/577-7079 (fax)
15
                                               Attorneys for Plaintiffs
16

17  DATED:  October 4, 2010                    SQUIRE, SANDERS & DEMPSEY, L.L.P.
                                               MARK C. DOSKER
18                                             DIANE L. GIBSON
                                               MICHAEL W. KELLY
19

20

21                                              /s/ Mark C. Dosker
                                               MARK C. DOSKER
22

23                                             275 Battery Street, Suite 2600
                                               San Francisco, CA  94111
24                                             Telephone:  415/954-0200
                                               415/391-2493 (fax)
25
                                               Attorneys for Petitioner Cintas Corporation and
26                                             Plan Administrator for the Cintas Partners' Plan

27
                                      *      *      *
28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 3 -

1

**O R D E R**

2        Having considered the parties' stipulation, and good cause appearing therefor,

3        IT IS SO ORDERED.

4   DATED: October 14,2010

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR TRANSFER OF PROCEEDINGS        - 4 -